UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

JORGE HUERTA,                                                           Civil No. 05-2719 (JRT/AJB)

              Petitioner,

v.

                                                          **ORDER**

J.S. WALTON,

              Respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 11, 2006, with all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED** that Jorge Huerta's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **granted**. The Bureau of Prisons shall conduct an individualized review of petitioner's CCC eligibility within 10 days of the date of this Order. It is **further ordered** that petitioner Huerta's motion to amend petition [Docket No. 6], motion to expedite [Docket No. 14], and motion to consolidate [Docket No. 17] are **denied as moot**.

Dated: April 24, 2006
at Minneapolis, Minnesota                                      s/John R. Tunheim       
                                                                       JOHN R. TUNHEIM
                                                                 United States District Judge